IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RACHELLE WATSON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | **NO. 10-4720** |
| **MICHAEL J. ASTRUE,** | : | |
| **Commissioner of the Social Security** | : | |
| **Administration,** | : | |
| Defendant. | : | |

**FILED**

## O R D E R

**AND NOW**, this 8th day of February, 2012, upon consideration of plaintiff's Complaint requesting review of an adverse decision of the Commissioner (Document No. 3, filed December 8, 2010), Plaintiff's Motion for Summary Judgment or, in the Alternative, Plaintiff's Motion for Remand, and Plaintiff's Brief and Statement of Issues in Support of Her Request for Review and Motion for Summary Judgment (Document No. 11, filed April 19, 2011), and Defendant's Response to Request for Review of Plaintiff (Document No. 14, filed June 17, 2011), and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 18, 2012, no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 18, 2012, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **DENIED** insofar as it seeks an award of benefits; and,

3. Plaintiff's alternative Motion for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) is **GRANTED**, and the action is **REMANDED** to the Commissioner of Social Security

pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 18, 2012.

BY THE COURT:

*/s/ Jan E. DuBois*
JAN E. DUBOIS, J.